IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ex rel. GARY W. RENO, ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KELLOGG BROWN & ROOT, INC. and ) <br> WACKENHUT SERVICES, LLC, ) <br> ) <br>    Defendants. ) | Civil No. 1:10-CV-504 <br><br> JUDGE MARCIA A. CRONE <br><br> **UNSEALED** |

## UNITED STATES NOTICE OF INTERVENTION
## FOR PURPOSES OF SETTLEMENT

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), and consistent with the terms and conditions of a Settlement Agreement entered into among the United States, Centerra Services International, Inc. (formerly known as Wackenhut Services, LLC) and Relator Gary Reno on February 16, 2016, the United States hereby intervenes in this action for the purposes of settlement.

Consistent with the terms and conditions of the Settlement Agreement, the United States, Centerra and Relator will file a Joint Stipulation of Dismissal in this action following payment by Centerra of the Settlement Amount.

                                              Respectfully submitted,

                                              BENJAMIN C. MIZER
                                              Principal Deputy Assistant Attorney General

        JOHN M. BALES
        United States Attorney


        /s/  Michael W. Lockhart
        MICHAL W. LOCKHART
        Assistant United States Attorney
        Eastern District of Texas
        Texas Bar No. 12472200
        350 Magnolia Avenue, Suite 150
        Beaumont, Texas  77701-2237
        (409) 839-2538
        (409) 839-2643 (fax)
        michael.lockhart@usdoj.gov


        MICHAEL D. GRANSTON
        JUDITH RABINOWITZ
        K.L. GRACE MOSELEY
        Attorneys, Civil Division
        Commercial Litigation Branch
        Post Office Box 261
        Ben Franklin Station
        Washington, D.C.  20044
        (202) 307-1183

Dated:  February 16, 2016


## CERTIFICATE OF SERVICE

     I certify that on February 16, 2016, a true and correct copy of the foregoing document was filed electronically with the court and has been sent to counsel of record via the courts electronic filing system.

        /s/ Michael W. Lockhart
        MICHAEL W. LOCKHART
        Assistant United States Attorney