UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. GARY W. RENO, Plaintiff | ) ) ) ) | |
| v. | ) ) | Civil Action No. 1:10-CV-0504-MAC |
| KELLOGG BROWN & ROOT, INC. and WACKENHUT SERVICES, LLC, Defendants. | ) ) ) ) ) | |

## JOINT STIPULATION OF DISMISSAL

A Settlement Agreement (the "Settlement Agreement") having been executed among the United States, the Relator, and Centerra Services International, Inc., ("Centerra"), formerly known as Wackenhut Services, LLC, ("Wackenhut"), the parties file this stipulation of dismissal, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure. The United States and Relator specifically stipulate to:

A.  Dismissal with prejudice to the Relator of all claims asserted against all Defendants in this action, including Relator's claim for reasonable attorneys' fees and costs under 31 U.S.C. § 3730(d);

B.  Dismissal with prejudice to the United States of all claims against Wackenhut now Centerra for the Covered Conduct, as the term is defined in the Settlement Agreement; and

C.  Dismissal without prejudice to the United States of all of the remaining claims in this action against all Defendants.

1

Respectfully submitted,

The United States of America

DATED: 2-11-16    BY: _K.L. GRACE MOSELEY_
K.L. GRACE MOSELEY
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice

JOHN M. BALES
United States Attorney
Eastern District of Texas

DATED: 2-11-16   BY: _____
MICHAEL W. LOCKHART
Assistant United States Attorney
Texas Bar No. 12472200
350 Magnolia Avenue, Suite 150
Beaumont, Texas 77701-2237

*Attorneys for the United States*

Gary Reno

DATED: 2-11-16    BY: _____
GREG DYKEMAN
Strong Pipkin Bissell & Ledyard, LLP
595 Orleans, Suite 1400
Beaumont, TX 77701
Tel: (409) 981-1120
Fax: (409) 981-1010
gdykeman@strongpipkin.com

*Attorney for Relator*

2

Wackenhut Services, LLC

DATED: _Feb 10, 2016_ BY: _____

CRAIG S. KING
Arent Fox L.L.P.
1717 K Street, N.W.
Washington, D.C.  20006-5344
(202) 857-8938
(202) 857-6395 (facsimile)

*Attorney for Wackenhut Services, LLC*

Kellogg, Brown & Root, Inc.

DATED: _2-11-16_ BY: _Tirzah Lollar by permission_

CRAIG D. MARGOLIS
TIRZAH S. LOLLAR
CRYSTAL N. Y'BARBO
Vinson & Elkins L.L.P.
2200 Pennsylvania Avenue, N.W.
Suite 500 W
Washington, D.C. 20037
(202) 639-6500
(202) 639-6604 (facsimile)

*Attorneys for Kellogg Brown & Root, Inc.*

3

## <u>CERTIFICATE OF SERVICE</u>

I certify that on February 16, 2016, a true and correct copy of the foregoing document was filed electronically with the court and has been sent to counsel of record via the courts electronic filing system.

/s/ Michael W. Lockhart
MICHAEL W. LOCKHART
Assistant United States Attorney